UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Michael Paul Patterson,                           Civ. No. 14-3392 (SRN/LIB)

                        Petitioner,

        vs.                                            ORDER

United States of America,

                        Respondent.

_____

        Based upon the Report and Recommendation of United States Magistrate Judge Leo I.

Brisbois, and after an independent review of the files, records and proceedings in the above-entitled

matter, it is --

        ORDERED:

        1.      The petition for a writ of habeas corpus of petitioner Michael Paul Patterson [Doc.

                No.  1] is DENIED.

        2.      This case is DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION

        LET JUDGMENT BE ENTERED ACCORDINGLY.


                                        BY THE COURT:

DATED: October 1, 2014                  s/Susan Richard Nelson_____
                                        Judge Susan Richard Nelson
                                        United States District Judge